SCHROEDER v. FINE et al.

(Supreme Court, Appellate Term. March 21, 1912.)

1. Costs (§ 247*)—Appeals.

On appeal to the Appellate Term from an order of the City Court sustaining a demurrer, costs are limited to $10.

[Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 951, 953, 955, 957, 958, 960; Dec. Dig. § 247.*]

2. Pleading (§ 239*)—Items of Costs—Reversal.

Where an order of the Appellate Term, reversing an order of the City Court sustaining a demurrer to the complaint, provided for payment of costs below as a condition precedent to the service of an amended complaint, all costs after notice of trial, as well as the trial fee, should be included.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. §§ 626–635; Dec. Dig. § 239.*]

Appeal from City Court of New York, Special Term.

Action by George Schroeder against Samuel Fine and Abrahama Fine, doing business under the firm name of A. Fine & Son. From an order of the City Court, granting plaintiff's motion to retax defendants' bill of costs, defendants appeal. Modified and affirmed.

See, also, 131 N. Y. Supp. 575.

Argued March term, 1912, before GUY, LEHMAN, and BIJUR, JJ.

Meyer Levy, for appellants.

Rogers & Rogers (Gustavus A. Rogers and Frederick C. Gladden, of counsel), for respondent.

PER CURIAM. [1, 2] So far as the costs of appeal are concerned, the justice at Special Term correctly held that these costs were

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

limited to $10. On the other hand, the order clearly contemplated the payment of costs below as a condition for the service of the pleading, and the items of costs after notice of trial and the trial fee should have been allowed.

Order modified, as indicated, and, as modified, affirmed, without costs.